| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ANTHONY BERNARD WINGFIELD,  §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　　§
　　　　　　　　　　　　　　　　§
versus　　　　　　　　　　　　　§　　CIVIL ACTION NO. 9:21-CV-297
　　　　　　　　　　　　　　　　§
ADESUNKANMI ADEKOYA,　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　Defendant.　　　　　　　§

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

　　　　Plaintiff Anthony Bernard Wingfield, an inmate confined at the Michael Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends denying plaintiff's motion for default judgment.  To date, the parties have not filed objections to the report.

　　　　The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

　　　　Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.  It is

　　　　**ORDERED** that plaintiff's motion for default judgment (#9) is **DENIED**.

　　　　SIGNED at Beaumont, Texas, this 11th day of September, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE